**Maria De Jesus Alvarado CONTRERAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70550.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.[*]

Filed Sept. 17, 2012.

Mariela Elizabeth Camisassa, North Hollywood, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, OIL, Aliza Bessie Alyeshmerni, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM [**]

Maria De Jesus Alvarado Contreras, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider its previous order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Alvarado Contreras' motion to reconsider because she failed to establish any error in its prior determination that she had not established the due diligence necessary for equitable tolling of the filing deadline for motions to reopen. *See* 8 C.F.R. § 1003.2(b)(1); *Avagyan v. Holder*, 646 F.3d 672, 678–80 (9th Cir.2011).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.